Gillet *et al. v.* Stone *et al.*

---

BEZALEEL GILLET and WILLIAM W. GORDON, plaintiffs in error *v.* CALEB STONE, WILLIAM MANNING, and JOHN B. GLOVER, defendants in error.

*Error to Madison.*

An averment in a declaration, where process is sent to a foreign county, that the cause of action accrued in the county where the suit was brought, without at the same time averring that the plaintiffs reside in the same county, is not sufficient to give a Circuit Court jurisdiction.

WM. THOMAS, for the plaintiffs in error.

COWLES and KRUM, for the defendants in error.

LOCKWOOD, Justice, delivered the opinion of the Court:

This was an action of *assumpsit* in the Madison Circuit Court, on the common counts. The summons was directed to Morgan county, where it was served on Gillett and Gordon, the defendants below. The declaration avers that the cause of action accrued in Madison county, but contains no averment that Madison county is the place of residence of the plaintiffs.

Judgment was entered by default against Gillett and Gordon, and the cause is brought into this Court by writ of error.

According to the decision of this Court in the case of Key *v.* Collins,(2) the Circuit Court of Madison county had no jurisdiction over the persons of the defendants.

The judgment is therefore reversed with costs.

*Judgment reversed.*

*Note.* See Gillet and Gordon *v.* Stone *et al., Ante* 539 ; See, also, note to the case of Beaubien *v.* Brinckerhoff, and note, 2 Scam.

(1) *Ante* 445.        (2) *Ante* 403.